IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| JUAN MARTIN LOPEZ | : | No. 10-676-2 |

### ORDER

**AND NOW**, this **16th** day of **October**, **2012**, upon consideration of Defendant's Motion for Relief to Enforce the Agreement for a Downward Departure and/or 5k, and the Government's response thereto, it is hereby **ORDERED** that the motion (Document No. 259) is **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**